FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 JAN 14 AM 10: 34

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHRISTOPHER L. WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPUTIES OF THE CHATHAM COUNTY ) <br> SHERIFF'S OFFICE, CORRECT ) <br> HEALTH, MEDICAL STAFF OF ) <br> COUNTY, LLC, MS. PHENELLIE, ) <br> MRS. TRUDY, MS. TOLBERT, DR. ) <br> MORRISH, ) <br> ) <br> Defendants. ) | CASE NO. CV419-277 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of January 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA