# United States District Court
## Southern District of Georgia

Christopher L. Williams,

## JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-277

Deputies of the Chatham County Sheriff's Office, Correct Health, Medical Staff of County, LLC, Ms. Phenellie, Mrs. Trudy, Ms. Tolbert, Dr. Morrish,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 1/14/20, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the complaint without prejudice.



| 1/14/20 | Scott L. Poff |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*